ORIGINAL

~~SEALED~~

CASE UNSEALED PER ORDER OF COURT

FILED
2016 DEC -7 PM 3: 27

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '16 CR 2855 WQH |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1038(a)(1) – False Information and Hoaxes |
| JOSHUA RICE, | |
| Defendant. | |

The grand jury charges:

On or about May 17, 2016, within the Southern District of California, defendant JOSHUA RICE intentionally conveyed false and misleading information, to wit, defendant JOSHUA RICE inscribed "bomb" on a porta potty near three U.S. Naval vessels docked at Naval Base San Diego, under circumstances where such information may reasonably have been believed and where such information indicated that an activity had taken, was taking, and would take place that would constitute violations of Title 18, Chapters 40 and 113B, to wit: destruction of United States property by means of an explosive in violation of Title 18, United States Code, Section 844(f)(1), and use and threatened use of a weapon of mass

MIP:nlv:San Diego:12/6/16

destruction against United States property in violation of Title 18, United States Code, Section 2332a(a)(3); all in violation of Title 18, United States Code, Section 1038(a)(1).

DATED: December 7, 2016.

A TRUE BILL:

*[signature]*
Foreperson

LAURA E. DUFFY
United States Attorney

By: *[signature]*
MICHELLE M. PETTIT
Assistant U.S. Attorney